No. 729. APPALACHIAN ELECTRIC POWER CO. *v.* SMITH ET AL. February 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John L. Abbot, Newton D. Baker, Raymond T. Jackson,* and *A. Henry Mosle* for petitioner. *Solicitor General Biggs* and *Messrs. Huston Thompson, Harry W. Blair,* and *Willard W. Gatchell* for respondents.

No. 730. C. PARDEE WORKS *v.* DUFFY, FORMERLY COLLECTOR OF INTERNAL REVENUE. February 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight, Matthew C. Fleming,* and *James R. Sloane* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, J. P. Jackson,* and *W. Marvin Smith* for respondent.

No. 726. JARVIS ET AL. *v.* CALIFORNIA. See *ante,* p. 648.

No. 782. GILLEN *v.* AMERICAN EMPLOYERS' INSURANCE CO. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. W. H. Fryer* for petitioner. *Messrs. Thornton Hardie* and *Ben R. Howell* for respondent.

No. 805. FOSHAY ET AL. *v.* UNITED STATES. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to